IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRYN RISK, ) | |
| ) | Civil Action No. 05 - 1068 |
| Plaintiff, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| BURGETTSTOWN BOROUGH, ) | |
| ) | |
| Defendants. ) | |

## **VERDICT SLIP**

1) Was Terryn Risk's religion a determinative factor in Burgettstown's decision to terminate him?

   Yes____✓_____     No_____

2) Were Terryn Risk's complaints of religious discrimination a determinative factor in Burgettstown's decision to terminate him?

   Yes____✓_____     No_____

If you answered "No" to two (2) of the above questions, stop. Notify the Court.

If you answered "Yes" to any one (1) or more of the above questions:

3)     What amount of compensatory damages do you award Terryn Risk?

$_____100,000_____

_March 27, 2008_
Date

_Jacqueline Siering_
Foreperson

_Richard Miller_
Juror

_Santi_
Juror

_Andrew J. Teo_
Juror

_Edward E. Zeid Jr._
Juror

_Amanda McFall_
Juror

_Scott G. Walker_
Juror

_Shaun L. Fleming_
Juror