# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRYN RISK, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 05-CV-01068 |
| | ) | |
| vs. | ) | Magistrate Judge Lisa P. Lenihan |
| | ) | |
| BURGETTSTOWN BOROUGH, PENNSYLVANIA, | ) ) | **ELECTRONICALLY FILED** |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## **STIPULATION**

The parties hereby stipulate as follows with regard to the amount of back-pay and pre-judgment interest:

| | |
|---|---|
| Back-pay | $17,331.60 |
| Pre-judgment interest | 759.43 |
| **Total** | **$18,091.03** |

Respectfully submitted,

| | |
|---|---|
| **OGG, CORDES, MURPHY & IGNELZI** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| | |
| *s/ Samuel J. Cordes* | *s/ Teresa O. Sirianni* |
| Samuel J. Cordes, Esquire | Teresa O. Sirianni, Esquire |
| PA ID #54874 | PA ID #90472 |
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| 245 Fort Pitt Boulevard | US Steel Tower, Suite 2900 |
| Pittsburgh, PA  15222 | 600 Grant Street |
| 412 471-8500 | Pittsburgh, PA  15219 |
| 412 471-8503, fax | 412 803-1140 |
| scordes@ocmilaw.com | 412 803-1188, fax |
| | tosirianni@mdwcg.com |

12/628686.v1