UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-4746

_____

TERRYN RISK

v.

BURGETTSTOWN BOROUGH, PENNSYLVANIA,
  Appellant.

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(No. 05-cv-01068)
Magistrate Judge: Lisa P. Lenihan[*]

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 10, 2009

_____

Before: AMBRO, GARTH and ROTH, Circuit Judges.

_____

**JUDGMENT**

_____

---

[*]Parties consented to jurisdiction by U.S. Magistrate Judge Lisa P. Lenihan pursuant to 28 U.S.C. § 636(a)(3). See Order Referring Case to Magistrate Judge Lisa Pupo Lenihan, Risk v. Burgettstown Borough, Pennsylvania, No. 05-cv-01068 (W.D. Pa. Sept. 27, 2005).

      This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania, and was submitted under Third Circuit L.A.R. 34.1(a). On consideration whereof, it is now hereby

      ORDERED and ADJUDGED that the District Court's November 14, 2008 order, which denied appellant Burgettstown Borough, Pennsylvania's motion for judgment as a matter of law or for a new trial, be and the same is hereby AFFIRMED.

      Costs to be taxed against appellant Borough.

                                ATTEST:

                              <u>Marcia M. Waldron</u>
                              Clerk

Dated: February 12, 2010

Costs added hereto in favor of , Appellee as follows:

    Brief.................................................$ 127.80
    Supplemental Appendix............ .....<u>$   8.25</u>
    **Total................................................$ 136.05**

Certified as a true copy and issued in lieu of a formal mandate on 05/10/2010

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**