OFFICE OF THE CLERK

MARCIA M. WALDRON  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106-1790  

Website: www.ca3.uscourts.gov

TELEPHONE  
215-597-2995



May 10, 2010

Mr. Robert V Barth Jr.  
United States District Court for the Western District of Pennsylvania  
United States Courthouse  
700 Grant Street  
Pittsburgh, PA 15219

RE: Terryn Risk v. Burgettstown Borough PA, et al  
Case Number: 08-4746  
District Case Number: 2-05-cv-01068

Dear Mr. Robert V. Barth, Esq.

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

Marcia M. Waldron, Clerk

By: Maria A. Reyes  
Maria Reyes, Case Manager  
267-299-4937

cc:  
  Samuel J. Cordes, Esq.  
  Stephen J. Poljak, Esq.